UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC CREATIONS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASCENT REAL ESTATE, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-04632-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on January 9, 2014. However, as there is no indication that Defendant(s) has/have been served in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the Conference and ORDERS Plaintiff Electronic Creations Corporation to file a status report by January 23, 2014.

**IT IS SO ORDERED.**

Dated: January 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge