1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

ELECTRONIC CREATIONS CORPORATION,

10
    Plaintiff,

11
v.

12
ASCENT REAL ESTATE, INC.,

13
    Defendant.

14

Case No.  3:13-cv-04632-MEJ_____

**[PROPOSED] ORDER ON
ADMINISTRATIVE MOTION TO
CONTINUE THE INITIAL CASE
MANAGEMENT CONFERENCE**

15      The Court hereby GRANTS the Administrative Motion to Continue the Initial Case

16  Management Conference in the above-captioned proceeding.

17      The Initial Case Management Conference currently scheduled for February 27, 2014 is

18  continued to ___May 1___, 2014 at 10:00 AM.  All deadlines are adjusted

    accordingly.

19  IT IS SO ORDERED.

20

21  Dated: ___February 19___, 2014.

22
23
24
    _____
    Hon. Maria-Elena James
25  United States Magistrate Judge
26
27
28

13702030.1