Kamran Fattahi (CA Bar No. 150,343)
LAW OFFICES OF KAMRAN FATTAHI
(A Professional Corporation)
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403
Tel:  (818) 205-0140
Fax: (818) 205-0145
E-mail: Kamran@FattahiLaw.com

Attorneys for Defendant
Ascent Real Estate, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ELECTRONIC CREATIONS CORPORATION, | ) Case No. 3:13-CV-04632-MEJ |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER ON DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ASCENT REAL ESTATE, INC., | |
| Defendant. | |

The Court has reviewed Defendant Ascent Real Estate, Inc.'s ("Ascent") Unopposed Administrative Motion to Extend Deadline for Responding to Complaint and to Continue Initial Case Management Conference, and finds that there is good cause therefor. Accordingly, the COURT HEREBY GRANTS SAID MOTION, AND ORDERS AS FOLLOWS:

1. Defendant Ascent's deadline to answer or otherwise respond to the Complaint is extended from April 4, 2014 by 31 days to May 5, 2014.

2. The Initial Case Management Conference currently scheduled for May 1, 2014 is continued to ____June 5____, 2014 at 10:00 a.m.. All deadlines are adjusted accordingly.

Dated: __April 2__, 2014      _____
                              Hon. Maria-Elena James
                              United States Magistrate Judge

Order
3:13-CV-04632-MEJ