Kamran Fattahi (CA Bar No. 150,343)
LAW OFFICES OF KAMRAN FATTAHI
(A Professional Corporation)
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403
Tel: (818) 205-0140
Fax: (818) 205-0145
E-mail: Kamran@FattahiLaw.com

Attorneys for Defendant
Ascent Real Estate, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC CREATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASCENT REAL ESTATE, INC.,<br><br>Defendant.<br>_____ | Case No. 3:13-CV-04632-MEJ<br><br>[PROPOSED] ORDER ON DEFENDANT'S SECOND UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR RESPONDING TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

The Court has reviewed Defendant Ascent Real Estate, Inc.'s ("Ascent") Second Unopposed Administrative Motion to Extend Deadline for Responding to Complaint and to Continue Initial Case Management Conference, and finds that there is good cause therefor. Accordingly, the COURT HEREBY GRANTS SAID MOTION, AND ORDERS AS FOLLOWS:

1.  Defendant Ascent's deadline to answer or otherwise respond to the Complaint is extended from May 5, 2014 by 14 days to May 19, 2014.

2.  The Initial Case Management Conference currently scheduled for June 5, 2014 is continued to ____July 10____, 2014 at 10:00 a.m.. All deadlines are adjusted accordingly.

Dated: ____May 2____, 2014

_____
Hon. Maria-Elena James
United States Magistrate Judge

Order
3:13-CV-04632-MEJ